# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David F. Curtiss                           CHAPTER 13

                         <u>Debtor(s)</u>                       BKY. NO. 20-11587 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                                     Respectfully submitted,
                                                     **/s/ Rebecca A. Solarz Esquire**
                                                     Rebecca A Solarz, Esquire
                                                     Kevin G. McDonald, Esquire
                                                     KML Law Group, P.C.
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106-1532
                                                     (215) 627-1322