# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-11587-MDC

DAVID F. CURTISS

31 MAIN LIN DRIVE

COATESVILLE, PA 19320-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID F. CURTISS

    31 MAIN LIN DRIVE

    COATESVILLE, PA 19320-

Counsel for debtor(s), by electronic notice only.

    ROBERT J LOHR, II
    1246 WEST CHESTER PK
    SUITE 312
    WEST CHESTER, PA 19382

Date: 5/18/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee