**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In Re:** | **DAVID F. CURTISS** | : | CHAPTER 13 |
| | | : | |
| | **Debtor** | : | |
| | | : | BANKRUPTCY NO. 20-11587-MDC |
| | | : | |
| | | : | HEARING DATE:  February 16, 2021 |
| | | : | HEARING TIME:  10:30 A.M. |
| | | : | LOCATION:       Courtroom #2 |

**NOTICE OF OBJECTION TO CLAIM #8**

Debtor, David F. Curtiss, has filed an Objection to Proof of Claim Number 8.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 20, 2021, you or your attorney must do <u>all</u> of the following:

    (a)    file an answer explaining your position at

> Clerk of the Court
> United States Bankruptcy Court
> Eastern District of Pennsylvania
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

> Robert J. Lohr II
> Lohr & Associates, Ltd.
> 1246 West Chester Pike
> Suite 312
> West Chester, PA 19382
> (610) 701-0222 - telephone
> (610) 431-2792 - facsimile
> bob@lohrandassociates.com - e-mail

   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   2. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on February 16, 2021 at 10:30 a.m., in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

   3. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   4. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: January 6, 2021          /s/ Robert J. Lohr II
                     Robert J. Lohr II, Esquire