United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
David F. Curtiss  
    Debtor

Case No. 20-11587-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 23, 2021      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David F. Curtiss, Deceased, 2/19/21, 31 Main Lin Drive, Coatesville, PA 19320-1457 |
| cr | + | R. Kerry Kalmbach, 418 West State Street, Kennett Square, PA 19348-3027 |
| cr | + | West Brandywine Township Municipal Authority and W, c/o Pornoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2021 02:25:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE A. KUHN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Brandywine Township Municipal Authority and West Brandywine Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| NATHALIE PAUL | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: pdf900 | Total Noticed: 4 |

        on behalf of Creditor Citadel Federal Credit Union npaul@weltman.com  pitecf@weltman.com

REBECCA ANN SOLARZ
        on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

ROBERT J. LOHR, II
        on behalf of Debtor David F. Curtiss bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

ROBERT KERRY KALMBACH
        on behalf of Creditor R. Kerry Kalmbach kkalmbach@kalmbachlaw.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
        ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
        on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David F. Curtiss <br>                 Debtor <br><br> M&T Bank <br>                 Movant <br> vs. <br><br> David F. Curtiss <br>                 Debtor <br><br> Susie Cason <br><br>                 Co-Debtor <br><br> William C. Miller, Esquire <br>                 Trustee | CHAPTER 13 <br><br><br><br> NO. 20-11587 MDC <br><br><br><br> 11 U.S.C. Sections 362 and 1301 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition advances on the mortgage held by the Movant on the Debtor's residence is **$739.16,** which breaks down as follows:

        Tax Disbursements:        $739.16

2. The Debtor's Estate shall cure said advances in the following manner:

    a) Debtor's Estate shall pay directly to Movant the balance of $739.16 on or before April 30, 2021.

    b) Ongoing maintenance of property taxes and current homeowner's insurance by Debtor.

3. Should Debtor's Estate provide sufficient proof of payments made to Movant, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4. In the event the payments under Section 2(a) above are not tendered pursuant to the terms of this stipulation or the terms of Section 2(b) are not followed, Movant shall notify Debtor's Estate and Debtor's attorney of the default in writing and the Debtor's Estate may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor's Estate should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

5. If the case is converted to Chapter 7, Movant may file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date: April 1, 2021

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 4/19/2021

Robert J. Lohr, II, Esquire
Attorney for Debtor

No Objection

Date: April 20, 2021

/s/ LeeAne O. Huggins

William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this 23rd day of _____April_____ 2021. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge