United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11587-mdc |
| David F. Curtiss | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David F. Curtiss, Deceased, 2/19/21, 31 Main Lin Drive, Coatesville, PA 19320-1457 |
| cr | + | R. Kerry Kalmbach, 418 West State Street, Kennett Square, PA 19348-3027 |
| cr | + | West Brandywine Township Municipal Authority and W, c/o Pornoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14494559 | + | Comm. of PA Dept. of Revenue, c/o Carol E. Momjian, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14494620 | + | Comm. of PA Dept. of Revenue, c/o Denise A. Kuhn, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14483231 | + | Diane E. Boehret, Esquire, Portnoff Associates, Ltd., 1000 Sandy Street, Suite 150, Norristown, PA 19401-4162 |
| 14483232 | + | Jacqueline Larkin, Esquire, O'Hagan Meyer, 100 N. 18th Street, Suite 700, Philadelphia, PA 19103-2765 |
| 14483233 | + | Kerry R. Kalmbach, Esquire, 109 West Linden Street, Kennett Square, PA 19348-2835 |
| 14486367 | + | M&T Bank, C/O Rebecca Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14504356 | + | Robert Kerry Kalmbach, 109 West Linden Street, Kennett Square, PA 19348-2835 |
| 14492614 | + | West Brandywine Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14492612 | + | West Brandywine Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14483238 | + | West Brandywine Township Municipal Auth., 198 Lafayette Road, West Brandywine, PA 19320-1231 |
| 14492613 | + | West Brandywine Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14492611 | + | West Brandywine Township Municipal Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14494988 | + | Email/Text: bankruptcy@bbandt.com | Jul 16 2021 23:32:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 14483229 | + | Email/Text: bankruptcy@bbandt.com | Jul 16 2021 23:32:00 | BB&T Recovery, Attn: Bankruptcy, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14483230 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 16 2021 23:32:00 | Citadel Federal Credit Union, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14485179 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14483234 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:24 | LVNV Funding/Resurgent Capital, Attn: |

Case 20-11587-mdc   Doc 73   Filed 07/18/21   Entered 07/19/21 00:40:25   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14483235 | | Email/Text: camanagement@mtb.com | | |
| | | | Jul 16 2021 23:32:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14505194 | | Email/Text: camanagement@mtb.com | | |
| | | | Jul 16 2021 23:32:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14483236 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jul 16 2021 23:32:00 | Pennsylvania Department of Rev, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14483237 | + | Email/Text: blucy@wbrandywine.org | | |
| | | | Jul 16 2021 23:32:00 | West Brandywine Township, 198 Lafayette Road, West Brandywine, PA 19320-1231 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14483228 | | 20-11587 |
| 14494573 | *+ | Comm. of PA Dept. of Revenue, c/o Carol E. Momjian, Esquire, Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE A. KUHN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Brandywine Township Municipal Authority and West Brandywine Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| NATHALIE PAUL | on behalf of Creditor Citadel Federal Credit Union npaul@weltman.com pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| ROBERT J. LOHR, II | on behalf of Debtor David F. Curtiss bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com |
| ROBERT KERRY KALMBACH | on behalf of Creditor R. Kerry Kalmbach kkalmbach@kalmbachlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Jul 16, 2021     Form ID: pdf900     Total Noticed: 28

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:    DAVID F. CURTISS    :    Chapter 13
:
Debtor.    :    Bankruptcy No. 20-11587-MDC

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: July 16, 2021

*[signature]*

MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE