# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | **DAVID F. CURTISS** | : | CHAPTER 13 | |
| | | : | | |
| | Debtor | : | BANKRUPTCY NO.: | 20-11587-mdc |
| | | : | | |
| | | : | HEARING DATE: | October 26, 2021 |
| | | : | LOCATION: | Courtroom #2 |
| | | : | TIME: | 10:30 a.m. |

## ORDER

AND NOW, this 30th day of October 2021, upon consideration of Debtor's Estate's Motion for Turnover of Funds, any responses and oral argument, if any, it is hereby ORDERED that Debtor's Motion is Approved and the Chapter 13 Trustee turnover all of the Debtor's funds it is holding and shall make a check payable to the Estate of David F. Curtiss, which shall be sent to Robert J. Lohr II.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge