United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11587-mdc |
| David F. Curtiss | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + R. Kerry Kalmbach, 418 West State Street, Kennett Square, PA 19348-3027 |
| cr | + West Brandywine Township Municipal Authority and W, c/o Pornoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 03, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE A. KUHN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Brandywine Township Municipal Authority and West Brandywine Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Nov 01, 2021     Form ID: pdf900     Total Noticed: 3

ecfemails@ph13trustee.com  philaecf@gmail.com

NATHALIE PAUL
    on behalf of Creditor Citadel Federal Credit Union npaul@weltman.com  pitecf@weltman.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

ROBERT J. LOHR, II
    on behalf of Debtor David F. Curtiss bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

ROBERT KERRY KALMBACH
    on behalf of Creditor R. Kerry Kalmbach kkalmbach@kalmbachlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | DAVID F. CURTISS | : | CHAPTER 13 | |
|---|---|---|---|---|
| | | : | | |
| | Debtor | : | BANKRUPTCY NO.: | 20-11587-mdc |
| | | : | | |
| | | : | HEARING DATE: | October 26, 2021 |
| | | : | LOCATION: | Courtroom #2 |
| | | : | TIME: | 10:30 a.m. |

## ORDER

AND NOW, this 30th day of October 2021, upon consideration of Debtor's Estate's Motion for Turnover of Funds, any responses and oral argument, if any, it is hereby ORDERED that Debtor's Motion is Approved and the Chapter 13 Trustee turnover all of the Debtor's funds it is holding and shall make a check payable to the Estate of David F. Curtiss, which shall be sent to Robert J. Lohr II.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge